**CASHION et al. v. BUNN et al.**

**No. 10888.**

Circuit Court of Appeals, Ninth Circuit.

June 29, 1945.

F. E. Flynn, E. R. Thurman and Stanley Jerman, all of Phoenix, Ariz., for appellants.

Irving A. Jennings, Riney B. Salmon and Ozell M. Trask, all of Phoenix, Ariz., for appellees.

Before MATHEWS, HEALY and BONE, Circuit Judges.

MATHEWS, Circuit Judge.

This was an action by appellants against appellees. The complaint contained two counts entitled, respectively, "First cause of action" and "Second cause of action." Appellees moved for a summary judgment dismissing the first count. The court heard the motion and, on May 1, 1944, entered the following order: "It is ordered that summary judgment be had by defendants [appellees] on the first cause of action of the complaint herein."

No judgment was entered. On July 25, 1944, appellants appealed from the order of May 1, 1944. That order was not a final decision, within the meaning of § 128(a) of the Judicial Code, 28 U.S.C.A. § 225 (a), and was not appealable. Wright v. Gibson, 9 Cir., 128 F.2d 865, 867.

Appeal dismissed.